# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.  **CASE NO: 6:24-mj-2256-DCI**

**JUSTIN BOILEAU**

AUSA: Stephanie McNeff

Defense Attorney: Aziza Hawthorne, Federal Public Defender

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **December 4, 2024**<br>1:42 P.M.-2:15 P.M. |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | 33 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | N/A | PRETRIAL/PROB: | Sofia Kollaian |

### CLERK'S MINUTES
### INITIAL APPEARANCE (RULE 5C)/DETENTION HEARING

Case called, appearances made, procedural setting by the Court.
Court inquires of the defendant-No issue as to competency.
Court advises defendant of his rights, including Rule 20 rights.
Government advises defendant of the count in the Complaint and potential penalties.
Defendant oral motion for court appointed counsel- Granted-Court appoints FPD for proceedings in the MDFL.
Defendant waives Rule 5 & 5.1 hearings as to Identity only.
Government oral motion for detention.
Detention Hearing held:
Government proceeds by proffer.
Defense calls Gina Boileau, defendants mother, Witness placed under oath.
Cross Examination.
Re-Direct.
Testimony concluded.
Defense proceeds by proffer.
Counsel makes arguments.

Defense calls Steven Boileau, defendants father, Witness placed under oath.
Counsel makes arguments.
Government Motion for Detention- Granted.
Court DENIES bond and defendant will remain in custody pending further proceedings- Order to be entered.
Court directs the USM to transport defendant to the charging district for further proceedings.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Court adjourned.